**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-00522-FDW-DSC**

| | | |
|---|---|---|
| QUALITY WOOD DESIGNS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING** |
| v. | ) | **ADMISSION PRO HAC VICE** |
| | ) | |
| EX-FACTORY, INC. and LASERCARE, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Application for Admission to Practice *Pro Hac Vice* concerning **Pamela R. Bollweg**, filed September 29, 2014 [doc. #  ].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court <u>grants</u> the Motion.

<u>All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.</u>

**SO ORDERED.**

Signed: September 29, 2014

David S. Cayer
United States Magistrate Judge