**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:14-cv-00522-FDW-DSC**

| | |
|---|---|
| QUALITY WOOD DESIGNS, INC., <br><br> Plaintiff, <br><br> v. <br><br> EX-FACTORY, INC. and LASERCARE, INC. <br><br> Defendants. | **ORDER GRANTING** <br> **ADMISSION PRO HAC VICE** |

**THIS MATTER IS BEFORE THE COURT** on the Application for Admission to Practice *Pro Hac Vice* concerning Justin G. Smith filed September 29, 2014 [doc. #51].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court <u>grants</u> the Motion.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Signed: September 29, 2014

_____
David S. Cayer
United States Magistrate Judge