# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:14-cv-00522-FDW-DSC

| | |
|---|---|
| QUALITY WOOD DESIGNS, INC., ) ) Plaintiff, ) ) v. ) ) EX-FACTORY, INC. and ) LASERCARE, INC. ) ) Defendants. ) ) | **ORDER GRANTING ADMISSION PRO HAC VICE** |

**THIS MATTER IS BEFORE THE COURT** on the Applications for Admission to Practice *Pro Hac Vice* concerning James E. McMahon and Lisa M. Prostrollo filed October 3, 2014 (documents ##57-58].

Upon review and consideration of the Motions, which were accompanied by submission of the necessary fee, the Court grants the Motions.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Signed: October 3, 2014

David S. Cayer
United States Magistrate Judge