UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00522-FDW-DSC

| | |
|---|---|
| QUALITY WOOD DESIGNS, INC., )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>EX-FACTORY, INC. and LASERCARE, )<br>INC., )<br>)<br>    Defendants and Cross-Claimants. ) | ORDER |

THIS MATTER is before the Court *sua sponte*. On January 23, 2015, Defendant Lasercare, Inc.'s Counsel informed the Court telephonically that the instant case settled. Thereafter, on February 3, 2015, Mediator David B. Hamilton filed his mediation report, again informing the Court that this case had completely settled. (Doc. No. 82). Mr. Hamilton further informed the Court that the parties would file a stipulation of dismissal, signed by the parties, within sixty (60) days of the filing of this report, or April 5, 2015. Id. On March 27, 2015, Plaintiff's Counsel filed a Partial Stipulation of Dismissal With Prejudice, which partially complied with the information submitted to the Court in the mediator's report. (Doc. No. 84). The Partial Stipulation of Dismissal notified the Court that, while the parties stipulated to the dismissal of Plaintiff's claims against both Defendants, the Defendants' cross-claims against one-another are not dismissed. Id. This filing further notified the Court that Defendants will dismiss their cross-claims within five (5) days of payment. Id.

The deadline for the parties to file a stipulation of dismissal concerning all claims involved in this matter has passed, and only a partial stipulation of dismissal has been filed with the Court. Accordingly, the Clerk is respectfully directed to CLOSE THE CASE, and the Court ORDERS

1

Defendants to file a stipulation of dismissal concerning the cross-claims at issue by <u>Monday, April 20, 2015</u>.

    IT IS SO ORDERED.

Signed: April 14, 2015

Frank D. Whitney
Chief United States District Judge